### 21553. PERKINS *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JUNE 19, 1931.

*P. Z. Geer,* for plaintiff in error. *J. A. Drake, solicitor,* contra.

### 21567. BAKER, *alias* BUSSEY, *v.* THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and none of the assignments of error in the petition for certiorari show cause for a reversal of the judgment. The overruling of the certiorari was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JUNE 19, 1931.

*C. G. Battle,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.